UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NILDA I. FERRER,

                    Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/20/2026

18 Civ. 10373 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff's counsel moves for an award of attorney's fees under 42 U.S.C. § 406(b).  *See* ECF No. 25; *see also* Mem., ECF No. 26; Decl., ECF No. 27.  After this case was remanded to the Commissioner of Social Security, Plaintiff received a fully favorable decision.  *See* Decl. ¶ 7; ECF No. 27-1 at 7.  The requested attorney's fees are reasonable in light of the services rendered by Plaintiff's counsel.  *See Fields v. Kijakazi*, 24 F.4th 845, 853–56 (2d Cir. 2022); *see also* Mem.  2–3; Decl. ¶¶ 9–12 (describing Plaintiff's counsel's qualifications and services in connection with this case); ECF No. 27-1 at 5 (time records).

Accordingly, the Court APPROVES the contingent fee arrangement.  *See* Decl. ¶ 3; ECF No. 27-1 at 2 (retainer agreement).  Attorney's fees are GRANTED in the amount of $19,773.73.  Upon receipt of this sum, Plaintiff's counsel shall remit directly to Plaintiff $6,850.00 received pursuant to the Equal Access to Justice Act in connection with this case.  *See* Decl. ¶ 5.  By **June 15, 2026**, Plaintiff's counsel shall file a letter confirming compliance with this order.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

SO ORDERED.

Dated: April 20, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge